**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 24-11185 |
| Shalonda Lisa Jarvis, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that service of the Debtor's Motion to Extend the Automatic Stay, all attachments, and the notice of motion, was made today by regular, first-class United States mail, postage pre-paid, addressed to each of the parties on the attached service list. I further certify that on this date I caused all parties receiving notices through the CM/ECF system to receive the same documents by electronic means.

Date: April 18, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com