WWR# 041432586

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 24-11185 |
| SHALONDA LISA JARVIS | CHAPTER 13 |
| | JUDGE PATRICIA M. MAYER |
| DEBTOR(S) | |

### NOTICE OF APPEARANCE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, ANCHORED FINANCE.

Please send all further communications, pleadings, court notices, and other documents intended for ANCHORED FINANCE to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA


/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered

ECF Participants, **electronically** through the court's ECF System at the email address registered with the court

and  by **ordinary U.S. Mail** on 25th day of April, 2024 addressed to:

MICHAEL A CIBIK, Attorney for Debtor
HELP@CIBIKLAW.COM

KENNETH E WEST, Trustee
1234 MARKET ST STE 1813
PHILADELPHIA, PA 19107

SHALONDA LISA JARVIS
5636 CROWSON ST
PHILADELPHIA,  PA 19144-1304

,

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ SCOTT D. FINK
SCOTT D. FINK
Agent for Creditor
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131
877-338-9484
bronationalecf@weltman.com