**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Shalonda Lisa Jarvis,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-11185-pmm |

## Motion to Dismiss Case

Debtor Shalonda Lisa Jarvis, by her attorney, moves this Court as follows:

1. The Debtor filed this case to protect her car from repossession.

2. The Debtor's car was recently totaled in an accident.

3. Because the Debtor has little unsecured debt and her insurance will cover the full value of the vehicle, she no longer needs to be in bankruptcy.

4. The Debtor requests that the Court dismiss this case.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 2, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____
Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com