## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Shalonda Lisa Jarvis,<br><br>*Debtor*. | Chapter 13<br>Case No. 24-11185-pmm |

### Order Granting Motion to Dismiss Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Shalonda Lisa Jarvis, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: **May 7, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge