United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shalonda Lisa Jarvis  
    Debtor

Case No. 24-11185-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shalonda Lisa Jarvis, 5636 Crowson St, Philadelphia, PA 19144-1304 |
| 14877322 | + | Anchored Finance, c/o SCOTT DAVID FINK, Weltman Weinberg and Reis Co.,L.P.A, 965 Keynote Circle, Brooklyn Hts., OH 44131-1829 |
| 14874307 | + | Anchoredfin, 45 Industrial Park Road West, Tolland, CT 06084-2844 |
| 14874319 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14874320 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14874323 | + | Turner Acceptance Crp, Attn: Bankruptcy 3 Parkway North Suite 5, Deerfield, IL 60015-2537 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 08 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14877181 | + | Email/Text: BKRMailOps@weltman.com | May 08 2024 00:18:00 | ANCHORED FINANCE, c/o Weltman, Weinberg & Reis Co. LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14874308 | | Email/Text: megan.harper@phila.gov | May 08 2024 00:18:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14874309 | | Email/Text: bankruptcy@philapark.org | May 08 2024 00:18:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14874310 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2024 00:18:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14874311 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 08 2024 00:18:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14874312 | | Email/PDF: creditonebknotifications@resurgent.com | May 08 2024 00:29:40 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14874313 | | Email/Text: mrdiscen@discover.com | May 08 2024 00:17:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14874314 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2024 00:17:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14874315 | + | Email/Text: bankruptcy@kikoff.com | May 08 2024 00:17:00 | Kikoff Lending Llc, Attn: Bankruptcy 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 14874316 | + | Email/Text: bankruptcydpt@mcmcg.com | May 08 2024 00:18:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | 939069, San Diego, CA 92193-9069 |
| 14874317 | | Email/Text: fesbank@attorneygeneral.gov | May 08 2024 00:17:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14874318 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14874319 | ^ | MEBN | May 07 2024 23:52:48 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14874321 | + | Email/Text: bankruptcy@philapark.org | May 08 2024 00:18:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14874322 | | Email/Text: bankruptcy@self.inc | May 08 2024 00:17:00 | Self Financial Inc., Attn: Bankruptcy Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701 |
| 14874324 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2024 00:18:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14874325 | ^ | MEBN | May 07 2024 23:52:35 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Shalonda Lisa Jarvis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT DAVID FINK | on behalf of Creditor Anchored Finance sfink@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Shalonda Lisa Jarvis, <br><br> *Debtor*. | Chapter 13 <br> Case No. 24-11185-pmm |

### Order Granting Motion to Dismiss Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Shalonda Lisa Jarvis, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: **May 7, 2024**

Patricia M. Mayer
U.S. Bankruptcy Judge